UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

KAYLA GATELEY &
JOEL LEON GATELEY,

                                                  JUDGMENT IN A CIVIL CASE

    Plaintiffs,

v.                                              NO. 1:23-cv-01241-JDB-jay

LOWE'S HOME CENTERS, LLC,

    Defendant,

---

IT IS ORDERED AND ADJUDGED that in accordance with the STIPULATION OF DISMISSAL WITH PREJUDICE entered on May 13, 2024, this cause is hereby DISMISSED with prejudice.

                                         APPROVED:

                                         s/ J. DANIEL BREEN
                                         UNITED STATES DISTRICT JUDGE

                                         DATE: May 13, 2024

WENDY R. OLIVER
Clerk of Court

                                         s/Blair Moore
                                         (By)    Deputy Clerk